824 A.2d 156

ANDREAS PERALTA, PLAINTIFF–PETITIONER, v. PENNY PLATE, INC., PRECISION FLEXOPRESS, PRECISION INDUSTRIAL AUTOMATION, INC., TELEDYNE INDUSTRIES, FRANCESCO GASPARRO, KAYE PERSONNEL INCORPORATED, JOHN DOE(S) (1–100), AND JAMES DOE(S) (1–100), DEFENDANTS–RESPONDENTS.

May 22, 2003.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of

*Mull v. Zeta Consumer Products,* 176 *N.J.* 385, 823 *A.*2d 782 (2003).